# EXHIBIT A1

**EXHIBIT A-1**

**BACKGRID USA, INC.**

| Certificate | Author | Registered within 90 Days of First Publication |
|---|---|---|
| VA0002383497 | Edwin Blanco | |
| VA0002383498 | Carlo Brogi | |
| VA0002399024 | Edwin Blanco | Yes |
| VA0002399767 | Joshua Okari | Yes |
| VA0002399767 | Joshua Okari | Yes |
| VA0002399778 | Gisele Gutierrez | Yes |
| VA0002395853 | Daniel Poersch | Yes |
| VA0002395854 | Adriano Camolese | Yes |