# EXHIBIT A2

## EXHIBIT A-2

## BACKGRID LONDON LTD.

| Certificate | Author | Registered within 90 Days of First Publication |
|---|---|---|
| VA0002399010 | Enrico Di Virgilio | Yes |
| VA0002399010 | Enrico Di Virgilio | Yes |