# EXHIBIT B1

Page 1
Yall know who ran the summer | Instagram
https://www.instagram.com/p/C1xNB09JzMy/



Captured 10 January 2024, 09:29:00

Page 1
Flex | Instagram
https://www.instagram.com/p/C1xJ-uUJxXx/



Captured 10 January 2024, 09:29:11

Page 1
Stories • Instagram
https://www.instagram.com/stories/ye/3326795313963744200/



Captured by FireShot Pro for Okularity
18 March 2024, 17:18:08

Page 1
Stories • Instagram
https://www.instagram.com/stories/ye/3326795541605425730/









Page 1
Stories • Instagram
https://www.instagram.com/stories/ye/



Captured by FireShot Pro for Okularity
20 March 2024, 14:02:46

Page 1
Stories • Instagram
https://www.instagram.com/stories/ye/3327715412862026547/



Captured by FireShot Pro for Okularity
20 March 2024, 14:02:51



SPLY

MOWALOLA WET SHIRT $20

SIZE 1 2 3 SIZE GUIDE

ORDER →



Liked by **nicholasmeregali** and **212,765 others**
**kanyewest** 🖤

View all 4,247 comments

11 minutes ago