# EXHIBIT B2



